UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>WALMART STORES EAST LP AND WALMART, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) Case No. 18-cv-804-BBC<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1), 3(c)(1), and 4(a)(1)(B), notice is hereby given that the U.S. Equal Employment Opportunity Commission ("EEOC"), plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order, Docket No. 64, entered in this action on January 16, 2020, and from the final judgment, Docket No. 65, entered in this action on January 16, 2020 by the United States District Court for the Western District of Wisconsin.

Dated: March 16, 2020

Gregory Gochanour
Regional Attorney
Equal Employment Opportunity Commission
Chicago District Office
230 South Dearborn Street
Suite 2920
Chicago, IL 60604

**/s/ Tina Burnside**
Tina Burnside (WI Bar No. 1026965)
Senior Trial Attorney
Equal Employment Opportunity Commission
Minneapolis Area Office
330 Second Avenue South, Suite 720
Minneapolis, MN 55401

Telephone: (612) 335-4074
Facsimile: (612) 335-4044
Email: tina.burnside@eeoc.gov

Carrie Vance
Trial Attorney
Equal Employment Opportunity Commission
Milwaukee Area Office
310 West Wisconsin Avenue, Suite 500
Milwaukee, Wisconsin 53203
Telephone: (414) 662-3686
Email: carrie.vance@eeoc.gov

## **CERTIFICATE OF SERVICE**

I, Tina Burnside, hereby certify that on March 16, 2020, I caused the foregoing document to be served upon Defendant, Walmart Stores East, LP, and Walmart, Inc., via the ecf filing system to Defendant's counsel of record at the following address:

Susan M. Zoeller
JACKSON LEWIS P.C.
211 N. Pennsylvania Street, Suite 1700
Indianapolis, IN  46204
Phone:  317-489-6930
Fax:  317-489-6931
Susan.Zoeller@jacksonlewis.com

Sharon Mollman Elliott
JACKSON LEWIS P.C.
1 South Pinckney Street, Suite 930
Madison, WI  53703
Direct Tel:  608-807-5280
Direct Fax:  608-807-5295
Sharon.Elliott@JacksonLewis.com

**/s/ Tina Burnside**
Tina Burnside
Senior Trial Attorney